**JAmes Alen JOHNSON, Plaintiff–Appellant,**

v.

**PIERCE, Deputy Sheriff; Conmed Healthcare Management, Nurses/Provider, Defendants–Appellees,**

and

**Newport News City Jail, Sheriff Department, Defendant.**

No. 16-6142

United States Court of Appeals, Fourth Circuit.

Submitted: August 11, 2016

Decided: November 3, 2016

James Alen Johnson, Appellant Pro Se.
Jonathan Lewis Stone, Norris & St. Clair
P.C., Virginia Beach, Virginia; Ruth
Griggs, Wimbish Gentile McCray & Roe-
ber, Richmond, Virginia; Joel Mark
McCray, Sands Anderson, PC, Richmond,
Virginia, for Appellees.

Before NIEMEYER, WYNN, and
DIAZ, Circuit Judges.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

James Alen Johnson appeals the district
court's order denying relief on his 42
U.S.C. § 1983 (2012) complaint. We have
reviewed the record and find no reversible
error. Accordingly, we affirm for the rea-
sons stated by the district court. Johnson
v. Pierce, No. 2:14–cv–00512–RAJ–RJK
(E.D. Va. Jan. 12, 2016). We dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before this court and argu-
ment would not aid the decisional process.

AFFIRMED